# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF KANSAS

| | |
|---|---|
| **TIFFANI ESSARY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2406-KHV |
| | ) |
| **EDUCATIONAL RESOURCES, INC.** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. #96) filed by the parties, and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear her/its own costs and attorneys' fees.

SO ORDERED this 7th day of July 2005.

<u>s/ Kathryn H. Vratil</u>
Kathryn H. Vratil
United States District Court Judge

1